UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                      Cr. File No. 09-43 (PAM/JSM)

                   Plaintiff,

v.                                                      **ORDER**

Thomas Charles Patton,

                   Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") issued by Magistrate Judge Janie S. Mayeron on May 5, 2009. Defendant has not filed objections to the R&R in the time period permitted.

Accordingly, the Court **ADOPTS** the R&R (Docket No. 24). Therefore, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Search and Seizure (Docket No. 8) is **DENIED**; and

2. Defendant's Motion to Dismiss Counts 1 and 2 (Docket No. 10) is **DENIED**.

Dated: <u>Monday, June 1, 2009</u>

                                                           *s/ Paul A. Magnuson*
                                                           Paul A. Magnuson
                                                           United States District Court Judge